IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LESTER STEVEN GLENN,

    Plaintiff,

v.                             CASE NO. 5:09cv296-RH/MD

WALTER McNEIL, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 8). No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is DISMISSED for failure to abide by an order of the court." The clerk must close the file.

SO ORDERED on January 26, 2010.

                                              s/Robert L. Hinkle
                                              United States District Judge